UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     §
                             §
vs.                          §          NO:   WA:23-CR-00203(1)-ADA
                             §
(1) DERRICK NIX              §

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  October 5, 2023

the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) DERRICK NIX, which alleged that Nix

violated a condition of his supervised release and recommended that Nix 's supervised

release be revoked (Clerk's  Document No. 2).  A warrant issued and Nix was arrested.

On September 29, 2025, Nix appeared before a United States Magistrate Judge, was

ordered detained, and a revocation of supervised release hearing was set.

Nix appeared before the magistrate judge on October 28, 2025, waived his right to

a preliminary hearing and to be present before the United States District Judge at the

time of modification of sentence, and consented to allocution before the magistrate

judge.  Following the hearing, the magistrate judge signed his report and

recommendation on October 30, 2025, which provides that having carefully considered

all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Nix, the magistrate judge

recommends that this court revoke Nix supervised release and that Nix be sentenced to imprisonment for TWELVE (12) MONTHS AND ONE (1) DAY, with no term supervised release to follow the term of imprisonment, with credit for time served. The undersigned further RECOMMENDS that this sentence run concurrently with his sentence in Cause No. 6:23-CR-00202. (Clerk's Document No. 13).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On October 28, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 12). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 13 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) DERRICK NIX's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) DERRICK NIX be imprisoned for TWELVE (12) MONTHS AND ONE (1) DAY months with no term of supervised release, with credit for time served. This sentence run concurrently with the sentence in Cause No. 6:23-CR-00202.

Signed this 4th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE